IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-382-RLV-DSC

| | |
|---|---|
| SONIC AUTOMOTIVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ROBERT JONATHAN PRICE, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Daniel F. Katz, J. Andrew Keyes, Kenneth J. Brown, Marcie R. Ziegler]" (documents ##9-12 ). For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: August 23, 2010

_____
David S. Cayer
United States Magistrate Judge