# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sonic Automotive, Inc.,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:10cv382

Robert Jonathan Price, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2011 Order.

Signed: August 12, 2011

Frank G. Johns, Clerk
United States District Court